# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   THOMAS W. OLICK | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No.  07-10880 ELF |
| | : | |
| THOMAS W. OLICK, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 10-038 |
| WILLIAM C. HOUSE, | : | |
| | : | |
| Defendant | : | |
| | : | |

# O R D E R

**AND NOW**, upon consideration of Defendant William C. House's Motion for Summary Judgment ("the Motion") and Plaintiff Thomas W. Olick's response thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. **JUDGMENT IS ENTERED** in favor of the Defendant and against the Plaintiff.

**Date: March 20, 2017**

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc: Thomas W. Olick
    4014 Crestview Avenue
    Easton, PA 18045